FILED

JUN 20 2013

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CASE NUMBER 13-30139-MJR ) |
| RYAN ANDERSON, a/k/a "Peanut" | ) Title 18, United States Code, Section 922(j). ) ) |
| Defendant. | ) |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1
### POSSESSION OF STOLEN FIREARM

Beginning on or about May 1, 2013, and continuing until on or about May 2, 2013, in St. Clair County, Illinois, within the Southern District of Illinois,

**RYAN ANDERSON,
a/k/a "Peanut"**

defendant herein, knowingly possessed, received, and concealed a stolen firearm, to wit: a Glock, Model 26, 9mm Caliber Semi-Automatic Pistol, bearing serial number LNA423, which had been shipped and transported in interstate or foreign commerce, knowing and having reasonable cause to believe the firearm was stolen. All in violation of Title 18, United States Code, Section 922(j).

**A TRUE BILL**

▬▬▬▬▬▬▬▬▬▬▬▬

_____
MONICA A. STUMP
Assistant United States Attorney

_____
STEPHEN R. WIGGINTON
United States Attorney

Recommended Bond: Detention