IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CRIMINAL NO. <u>13-CR-30139-MJR</u> |
| ) | |
| RYAN ANDERSON, ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR ORDER PERMITTING DISCLOSURE
## OF GRAND JURY MATERIAL

Comes now the United States of America, by and through Stephen R. Wigginton, United States Attorney for the Southern District of Illinois, and Monica A. Stump, Assistant United States Attorney, and moves this Court for an order permitting disclosure of grand jury material. In support of this motion, the undersigned Assistant United States Attorney sets forth the following:

1. Trial in this case is set for September 30, 2013.

2. To comply with its obligations under the Jencks Act, this Court's Order for Pretrial Discovery and Inspection, and as otherwise required by law (*e.g.*, *Brady v. Maryland*, 373 U.S. 63 (1963), *United States v. Giglio*, 405 U.S. 150 (1972)), pursuant to Fed. R. Crim. P. 6(e)(3)(E)(i), the United States moves for permission to provide defense counsel with copies of grand jury documents that led to the Indictment herein.

Accordingly, the United States requests that it be given authority, pursuant to Federal Rule of Criminal Procedure 6(e)(3)(E)(i), to disclose grand jury material to the defense at least 14 days before trial.

Respectfully submitted this 5th day of August, 2013.

          STEPHEN R. WIGGINTON
          United States Attorney

          *s/ Monica A. Stump*
          MONICA A. STUMP
          Assistant United States Attorney
          Nine Executive Drive
          Fairview Heights, IL  62208
          (618) 628-3700
          Fax:  (618) 628-3772
          E-mail:  Monica.Stump@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>RYAN ANDERSON, )<br>)<br>Defendant. ) | CRIMINAL NO.  13-CR-30139-MJR |

CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2013, I caused to be electronically filed

MOTION FOR ORDER PERMITTING DISCLOSURE OF GRAND JURY MATERIAL

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Peter M. Cohen, Esq.

Respectfully submitted,

STEPHEN R. WIGGINTON
United States Attorney

*s/ Monica A. Stump*
MONICA A. STUMP
Assistant United States Attorney
Nine Executive Drive
Fairview Heights, IL  62208
(618) 628-3700
Fax:  (618) 628-3772
Email:  Monica.Stump@usdoj.gov