IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 13-CR-30139-MJR |
| | ) | |
| RYAN ANDERSON, | ) | |
| | ) | |
| Defendant. | ) | |

## GOVERNMENT'S MOTION TO DISMISS INDICTMENT

The United States of America, by Stephen R. Wigginton, United States Attorney for the Southern District of Illinois, and Monica A. Stump, Assistant United States Attorney, in the interests of justice moves this Court to dismiss without prejudice the Indictment in this case.

Respectfully submitted this 27th day of August, 2013.

STEPHEN R. WIGGINTON
United States Attorney


*s/ Monica A. Stump*
MONICA A. STUMP
Assistant United States Attorney
Nine Executive Drive
Fairview Heights, IL  62208
(618) 628-3700
Fax:  (618) 628-3730
E-mail:  Monica.Stump@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CRIMINAL NO. 13-CR-30139-MJR |
| ) | |
| RYAN ANDERSON, ) | |
| ) | |
| Defendant. ) | |

CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2013, I caused to be electronically filed

GOVERNMENT'S MOTION TO DISMISS INDICTMENT

with the Clerk of Court using the CM/ECF system, which will send electronic notice to Peter Cohen, Esq., counsel for Defendant Ryan Anderson.

    Respectfully submitted,

    STEPHEN R. WIGGINTON
    United States Attorney


    *s/ Monica A. Stump*
    MONICA A. STUMP
    Assistant United States Attorney
    Nine Executive Drive
    Fairview Heights, IL 62208
    (618) 628-3700
    Fax: (618) 628-3730
    Email: Monica.Stump@usdoj.gov